IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH GREENE

  v.          NO. 11-CV-3008

NCO FINANCIAL SYSTEMS, INC.

FILED
JUL 21 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JUDGMENT

BEFORE STENGEL, J.

  AND NOW, to wit, this 21st day of July, 2011, It is ORDERED in accordance with NCO FINANCIAL SYSTEMS, INC'S offer of judgment and Plaintiffs acceptance pursuant to F.R.C.P. 68, judgment is entered in favor of Plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $1,000.00 together with interest and costs.

            BY THE COURT:

            ATTEST:

            *Richard Sabo*
            Deputy Clerk

judg